

GE Infrastructure

## ACKNOWLEDGMENT CONDITIONS OF EMPLOYMENT

Instructions: please read the contents of this **ACKNOWLEDGMENT** and the documents it references carefully. Your offer of employment is contingent upon your acceptance of the conditions of employment described below.

**If you are a:**
- *New Hire or Rehire with a Break in Service*, **ALL** sections (1, 2, 3 and 4) apply.
- *Rehire with no Break in Service or Transfer from another GE Business*, exclude section 1-a and, unless otherwise required, section 1-b.
- *Transfer within a business* exclude section 1-a and 1-b.

1. I acknowledge that the offer of employment made to me is contingent upon meeting all employment requirements, including but not limited to the following:

    a. my successful completion of a pre-employment background investigation
    b. the successful completion of a Pre-employment drug screening test that tests for five substances: marijuana, cocaine metabolites, opiate metabolites, phencyclidine (PCP) and amphetamines.
    c. proof of legal authorization to work in the United States, and in that regard upon reporting to work I will produce certain documents as provided in the attached "Lists of Acceptable Documents" which establish my identity and work eligibility, and meet the export control requirements of the job offered
    d. my review and agreement to the enclosed Employee Innovation and Proprietary Information Agreement (Form FN 348-C), which must be signed by me on or before my start date
    e. my review and agreement to the Dispute Resolution Procedure. This procedure requires me to submit unresolved covered employment legal claims to a four-step resolution process, including external mediation and final and binding arbitration instead of filing such claims in court. My signature below constitutes acknowledgment of my receipt and review of a copy of and agreement to the procedure.
    f. my receiving a security clearance if one is required for the position offered

2. I acknowledge that I have received the guide to GE and GE affiliate* policies, *Integrity: The Spirit & the Letter of Our Commitment*. I understand that every employee is required to comply with the policies described in the guide. When I have a concern about a possible violation of GE or GE affiliate* policy, I will report the concern to a manager, a compliance resource within my business, company legal counsel, an ombudsperson or another contact listed in the employee guide.

3. I acknowledge that I have received and agree with the terms of the Pre-Employment Drug Screen Test Form, and hereby consent to submit to such test and authorize release and disclosure of the results to the company.

4. I acknowledge that the statement of an annual salary in the offer letter is for convenience of computation only and does not imply a guarantee of employment for any specific period, and that as indicated in the Company's employment application, all employment with the Company is at will.

5. I agree, that in the event I voluntarily terminate employment within 12 months of my start date or transfer date (as identified below), to reimburse the Company for any expenses paid or reimbursed under the GE Relocation Program and for any hiring bonuses. I also agree to reimburse the Company for any outstanding monies owed the Company that has not been repaid by the time employment is terminated. I further authorize the Company, to the extent permitted by law, to deduct and offset any payments, including but not limited to payments for wages, bonuses, expenses, or vacation pay, otherwise owed to me upon termination of employment. If these deductions are insufficient, I agree to reimburse the Company for the balance.

---

By signing below, I accept the conditions of employment described above and the offer to work for GE..   **(Fax to 949-221-3691)**

Offer Letter Date: _____September 29, 2006_____

Position Title: _____Country Executive, IRAQ_____

Print Name: _____Khaled Asadi_____

Date of Birth (*new hires only*): _____

First day of work determined by myself and Hiring Managers: _____October 1, 2006_____

Signature: _____/s/_____

Date: ___October 2, 2006_____

---

*This form is for GE and GE affiliates. GE and GE affiliates are separate and distinct legal entities.